**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

# CRIMINAL MINUTES

**Case No**: Cr. 03-69-MA, CV 05-191-MA    **Proceeding Date:** April 13, 2005

**Case Title: USA v.** REMIGIO BUSTILLO-CHAVEZ

**Presiding Judge**: Malcolm F. Marsh    **Courtroom Deputy**: Connie Armstrong

**Repor**ter:            **Tape No:**            **AUSA:** ALLAN M. GARTEN

| DEFENDANT | COUNSEL |
|---|---|
| **P=Present NP= Not Present**<br>**R=Released C=Custody** | **P=Present NP=Not Present**<br>**A=Apptd  F=Fed Defender R=Retd** |
| (1) REMIGIO BUSTILLO-CHAVEZ<br>Location:  NP - C | (1)  Pro Se<br>Presence-Type: |
| (2)<br>Location: | (2)<br>Presence-Type: |
| (3)<br>Location: | (3)<br>Presence-Type: |
| (4)<br>Location: | (4)<br>Presence-Type: |

NOTIFICATION:

**Docket** Entry:

Defendant's document (copy attached) entitled: "Ex Parte Application to Dismiss Outstanding Citations, Warrants, Informations, Charges, Complaints and Fines or Detainers" shall be filed as a supplement to his Motion (#20) to Vacate or Correct Sentence.  The 2255 Motion will be deemed to be under advisement as of April 13, 2005.

**Document Number:** _____
**CRIMINAL MINUTES**

Revised April 13, 2005                        Honorable Malcolm F. Marsh