IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 05-191-MA |
| | CR 03-069-MA |
| Plaintiff-Respondent, | JUDGMENT |
| v. | |
| REMIGIO BUSTILLO-CHAVEZ, | |
| Defendant-Petitioner. | |

MARSH, Judge.

Based on the record and the Opinion and Order filed herewith, defendant's petition to vacate his sentence (#20)and Ex Parte Application to Dismiss Outstanding Citations, Warrants, Informations, Charges, Complaints, & Fines or Detainers (#24) are DENIED, and this matter is DISMISSED.

IT IS SO ORDERED

DATED this 22 day of June, 2005.

/s/ Malcolm F. Marsh
Malcolm F. Marsh
United States District Judge

1 - JUDGMENT